# Exhibit B

 CT Corporation

**Service of Process Transmittal**
09/24/2020
CT Log Number 538298652

**TO:** Lynn Gompper
Johnson Controls, Inc.
5757 N GREEN BAY AVE
MILWAUKEE, WI 53209-4408

**RE:** **Process Served in California**

**FOR:** Tyco Fire Products L.P.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Teresa Mauldin, et al., Pltfs. vs. 3M Company, et al., Dfts. // To: Tyco Fire Products, L.P. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Order(s), Proof(s), Attachment(s) |
| **COURT/AGENCY:** | Santa Clara County - Superior Court - San Jose, CA Case # 20CV370716 |
| **NATURE OF ACTION:** | Order Deeming Case Complex And Staying Discovery And Responsive Pleading Deadline |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 09/24/2020 postmarked on 09/22/2020 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | 01/14/2021 at 02:30 p.m. (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Elizabeth C. Pritzker Pritzker Levine LLP 1900 Powell Street, Suite 450 Emeryville, CA 94608 415-692-0773 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/25/2020, Expected Purge Date: 09/30/2020 |
| | Image SOP |
| | Email Notification,  Lynn Gompper  lynn.m.gompper@jci.com |
| | Email Notification,  Elayne Mozen  elayne.mozen@jci.com |
| **SIGNED:** **ADDRESS:** | C T Corporation System 1999 Bryan St Ste 900 Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

PRITZKER LEVINE LLP
1900 Powell Street, Suite 450
Emeryville, CA 94608

OAKLAND CA 945

22 SEP 2020 PM 4 L

$0.50 0
US POSTAGE
FIRST-CLASS
PITNEY BOWES
2000092188
94608
SEP 22 2020

**Tyco Fire Products, L.P.**
c/o Agent: CT Corporation System
818 West Seventh Street, Ste. 930
Los Angeles, CA 90017

90017-347630

 

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
**191 N. FIRST STREET**
**SAN JOSE, CA 95113-1090**

TO:    FILE COPY

RE:                **Mauldin, et al. v. 3M Company, et al.**
CASE NUMBER:       **20CV370716**

## ORDER DEEMING CASE COMPLEX AND STAYING DISCOVERY
## AND RESPONSIVE PLEADING DEADLINE

WHEREAS, the Complaint was filed by Plaintiff **TERESA MAULDIN** ("Plaintiff"), et al. in the Superior Court of California, County of Santa Clara, on **September 11, 2020** and assigned to Department **1** (Complex Civil Litigation), the **Honorable Brian C. Walsh** presiding, pending a ruling on the complexity issue;

IT IS HEREBY ORDERED that:

The Court determines that the above-referenced case is **COMPLEX** within the meaning of California Rules of Court 3.400. The matter remains assigned, for all purposes, including discovery and trial, to Department **1** (Complex Civil Litigation), the **Honorable Brian C. Walsh** presiding.

The parties are directed to the Court's local rules and guidelines regarding electronic filing and to the Complex Civil Guidelines, which are available on the Court's website.

Pursuant to California Rules of Court, Rule 3.254, the creation and maintenance of the Master Service List shall be under the auspices of (1) Plaintiff **TERESA MAULDIN**, as the first-named party in the Complaint, and (2) the first-named party in each Cross-Complaint, if any.

Pursuant to Government Code section 70616(c), each party's complex case fee is due within ten (10) calendar days of this date.

Plaintiff shall serve a copy of this Order on all parties forthwith and file a proof of service within seven (7) days of service.

Any party objecting to the complex designation must file an objection and proof of service within ten (10) days of service of this Order. Any response to the objection must be filed within seven (7) days of service of the objection. The Court will make its ruling on the submitted pleadings.

The Case Management Conference remains set for **January 14, 2021 at 2:30 p.m. in Department 1** and all counsel are ordered to attend by **CourtCall**.

Counsel for all parties are ordered to meet and confer in person at least 15 days prior to the First Case Management Conference and discuss the following issues:
1. Issues related to recusal or disqualification;
2. Issues of law that, if considered by the Court, may simplify or further resolution of the case, including issues regarding choice of law;

-----
Updated on 7/30/20.

1

3. Appropriate alternative dispute resolution (ADR), for example, mediation, mandatory settlement conference, arbitration, mini-trial;

4. A plan for preservation of evidence and a uniform system for identification of documents throughout the course of this litigation;

5. A plan for document disclosure/production and additional discovery; which will generally be conducted under court supervision and by court order;

6. Whether it is advisable to address discovery in phases so that information needed to conduct meaningful ADR is obtained early in the case (counsel should consider whether they will stipulated to limited merits discovery in advance of certification proceedings), allowing the option to complete discovery if ADR efforts are unsuccessful;

7. Any issues involving the protection of evidence and confidentiality;

8. The handling of any potential publicity issues;

Counsel for Plaintiff is to take the lead in preparing a Joint Case Management Conference Statement to be filed 5 calendar days prior to the First Case Management Conference, and include the following:

1. A Statement as to whether additional parties are likely to be added and a proposed date by which all parties must be served;

2. Service lists identifying all primary and secondary counsel, firm names, addresses, telephone numbers, email addresses and fax numbers for all counsel;

3. A description of all discovery completed to date and any outstanding discovery as of the date of the conference;

4. Applicability and enforceability of arbitration clauses, if any;

5. A list of all related litigation pending in other courts, including Federal Court, and a brief description of any such litigation, and a statement as to whether any additional related litigation is anticipated (CRC 3.300);

6. A description of factual and legal issues – the parties should address any specific contract provisions the interpretation of which may assist in resolution of significant issues in the case;

7. The parties' tentative views on an ADR mechanism and how such mechanism might be integrated into the course of the litigation;

8. Whether discovery should be conducted in phases or limited; and if so, the order of phasing or types of limitations of discovery. If this is a class action lawsuit, the parties should address the issue of limited merits discovery in advance of class certification motions.

To the extent the parties are unable to agree on the matters to be addressed in the Joint Case Management Conference Statement, the positions of each party or of various parties should be set forth separately and attached to this report as addenda. The parties are encouraged to propose, either jointly or separately, any approaches to case management they believe will promote the fair and efficient handling of this case. The Court is particularly interested in identifying potentially dispositive or significant threshold issues the early resolution of which may assist in moving the case toward effective ADR and/or a final disposition.

**STAY ON DISCOVERY AND RESPONSIVE PLEADING DEADLINE** Pending further order of this Court, the service of discovery and the obligation to respond to any outstanding discovery is stayed. However, Defendant(s) shall file a Notice of Appearance for purposes of identification of counsel and preparation of a service list. The filing of such a Notice of Appearance shall be without prejudice to the later filing of a motion to quash to contest jurisdiction. Parties shall not file or serve responsive pleadings, including answers to the complaint, motions to strike, demurrers, motions for

change of venue and cross-complaints until a date is set at the First Case Management Conference for such filings and hearings.

This Order is issued to assist the Court and the parties in the management of this "Complex" case through the development of an orderly schedule for briefing and hearings. This Order shall not preclude the parties from continuing to informally exchange documents that may assist in their initial evaluation of the issues presented in this Case.

Plaintiff shall serve a copy of this Order on all the parties in this matter forthwith.

SO ORDERED.

Date: ___September 15, 2020___

Hon. **Brian C. Walsh**
Judge of the Superior Court

---

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408) 882-2700, or use the Court's TDD line, (408) 882-2690 or the Voice/TDD California Relay Service, (800) 735-2922.

-----
Updated on 7/30/20.

3

ELIZABETH C. PRITZKER (SBN: 146267)
JONATHAN K. LEVINE (SBN: 220289)
BETHANY L. CARACUZZO (SBN: 190687)
HEATHER P. HAGGARTY (SBN: 244186)
RICHARD R. SEAL (SBN: 311131)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, California 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
Email:  ecp@pritzkerlevine.com; jkl@pritzkerlevine.com
          bc@pritzkerlevine.com; hph@pritzkerlevine.com
          rrs@pritzkerlevine.com

*Attorneys for Plaintiffs*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SANTA CLARA**

| | |
|---|---|
| TERESA MAULDIN, TODD SPELLMAN, GARY WEEKLEY, KEVIN BEBEE, DAN STAPP, BOB BACON, JOHN CASTRO, LUIS CHACON, FRANK DIAZ, FELIX DIAZ, PAUL EDEN, JOHN LAURENT, LARRY NOON, ROB PIPER, STEVE PIZZO, MOSES SALAS, MIKE SANCHEZ, ED SOLANO, MARC STELLING, MIKE TALLERICO, MIKE TAPIA, EUNICO TRINIDAD, GEORGE VEGA, WILLIAM STAPLES, BRIDGET TAPIA, VICTORIA BEBEE, and KATHY PIPER, | Case No:  20 CV 370716 |
| | **PROOF OF SERVICE OF COURT'S SEPTEMBER 15, 2020 ORDER** |
| Plaintiffs, | |
| vs. | |
| 3M COMPANY, E. I. DU PONT DE NEMOURS & CO., THE CHEMOURS COMPANY L.L.C., ARCHROMA U.S., INC., ARKEMA, INC., AGC CHEMICALS AMERICAS, INC., DAIKIN AMERICA, INC., SOLVAY SPECIALTY POLYMERS, USA, L.L.C., JOHNSON CONTROLS, INC., TYCO FIRE PRODUCTS, L.P., NATIONAL FOAM, INC., CHEMGUARD, INC., CARRIER GLOBAL CORPORATION, KIDDE FIREFIGHTING INC., KIDDE-FENWAL, | |

- 1 -

INC., PERIMETER SOLUTIONS, LP, FIRE SERVICE PLUS, INC., BUCKEYE FIRE EQUIPMENT, AMEREX CORPORATION, DYNAX CORPORATION, MSA SAFETY, INC., LION GROUP, INC., L.N. CURTIS & SONS, W. L. GORE & ASSOCIATES, INC., ROYAL TEN CATE US, INC., PBI PERFORMANCE PRODUCTS, INC., ALLSTAR FIRE EQUIPMENT, and DOES 1 through 25,

Defendants,

I, Bethany Caracuzzo hereby declare as follows:

I am employed by PRITZKER LEVINE LLP, 1900 Powell Street, Suite 450, Emeryville, CA 94608. I am over the age of eighteen years and am not a party to this action. On August 31, 2020 I caused the below-documents to be served by to the individuals at their addresses set forth in **ATTACHMENT 1** and the manner described below:

**ORDER DEEMING CASE COMPLEX AND STAYING DISCOVERY AND RESPNSIVE PLEADING DEADLINE, dated SEPTEMBER 15, 2020**

**XX** (BY U.S. FIRST CLASS MAIL – POSTAGE PRE-PAID) I am readily familiar with the business Practice at my place of business for the collection and processing of mail with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service the same day in the ordinary course of business. On the date above, at my place of business at the above address, I sealed the above document(s) in an envelope addressed to the above, and mailed following ordinary business practices, postage pre-paid, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of mail with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Servcie the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United Stated of America and state of California that the above is true and correct. Executed on September 22, 2020 at Emeryville, California.

By: _____
Bethany Caracuzzo

- 2 -
PROOF OF SERVICE OF COURT'S SEPTEMBER 15, 2020 ORDER

**ATTACHMENT 1**

| Defendant entity | Served via USPS First Class Mail at: |
|---|---|
| E. I. du Pont de Nemours & Co. | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| The Chemours Company | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| Archroma U.S., Inc. | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| Johnson Controls, Inc. | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| Tyco Fire Products, LP | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| Carrier Global Corporation | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| Kidde-Fenwal, Inc. | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| Perimeter Solutions, LP | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| Amerex Corporation | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| AGC Chemicals Americas, Inc. | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |
| W. L. Gore & Associates, Inc. | CT Corporation System<br>818 West Seventh St., Suite 930<br>Los Angeles, CA 90017 |