# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG  **DEFENDANT SOUTHERN MILLS, INC.'S CORPORATE DISCLOSURE STATEMENT**  This Document Relates to Case Nos. 2:21-cv-00366-RMG, 2:21-cv-01572-RMG, 2:21-cv-01573-RMG |

Pursuant to Federal Rule of Civil Procedure 7.1, Southern Mills, Inc. states that it is a wholly-owned subsidiary of TenCate Protective Fabrics Holding B.V., and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this the 1st day of June, 2021.

/s/ *Benjamin M. Kleinman*
Benjamin M. Kleinman
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 723-7122
Email: bkleinman@kilpatricktownsend.com
(CA State Bar No. 261846)

*Counsel for Defendant Southern Mills, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that I caused the foregoing to be filed via the CM/ECF system this 1st day of June, 2021, which will automatically send e-mail notification to all counsel of record.

/s/ *Benjamin M. Kleinman*
Benjamin M. Kleinman